IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **DOLLIE BLUE,** )<br>    )<br>    **Plaintiff,** )<br>    )<br>    **v.** )<br>    )<br>    )<br>    )<br>**CAVALIER HOMES OF ALABAMA,** )<br>**etc., et al.,** )<br>    )<br>    **Defendants.** ) | **CIVIL ACTION NO.**<br>    **2:03cv168-T**<br>    **(WO)** |

**ORDER**

It is the ORDER, JUDGMENT, and DECREE of the court that the joint motion to dismiss with prejudice (Doc. No. 11) is granted and all claims against defendant Southern Homes, Inc. are dismissed with prejudice, with costs taxed as previously paid.

DONE, this the 25th day of April, 2005.

           /s/ Myron H. Thompson
        **UNITED STATES DISTRICT JUDGE**