IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DOLLIE BLUE,                       )
                                   )
     Plaintiff,                    )
                                   )
     v.                            )    CIVIL ACTION NO.
                                   )    2:03cv168-MHT
CAVALIER HOMES OF ALABAMA,         )         (WO)
etc., et al.,                      )
                                   )
     Defendants.                   )
```

## JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 22), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

It is further ORDERED that all outstanding motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 15th day of August, 2006.

                                    /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE